```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GREGORY DESTINE,                                             :
                                                             :
                       Plaintiff,                            :         20-CV-0082 (LTS) (OTW)
                                                             :
           -against-                                         :         **ORDER**
                                                             :
ROMEO JOSEPH, et al.,                                        :
                                                             :
                       Defendants.                           :
                                                             :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The parties appeared for a telephonic status conference on January 7, 2021. The conference was originally scheduled for 10:30 am, but Plaintiff's correctional facility did not join Plaintiff into the conference until approximately 11:00 am. Plaintiff also expressed a reluctance to meet and confer with Defendants without the Court on the line, and has previously refused to speak to Defendants. (ECF 51, 54).

It is HEREBY ORDERED:

- The stay of discovery with Defendant the City of New York remains.

- Parties are directed to appear for a telephonic status conference on **March 4, 2021 at 10:00 am**. Dial-in (866) 390-1828, access code 1582687.

- Defendant Joseph is directed to mail a *pro se* case management form, available at https://www.nysd.uscourts.gov/hon-ona-t-wang, with **tracking** to Plaintiff by January 11, 2021, and file proof of service on the docket.

- After Plaintiff receives the form, and well before February 25, 2021, Plaintiff is directed to meet and confer in good faith with Defendant Joseph regarding a case management plan. Failure to meet and confer in good faith may result in a recommendation of dismissal for failure to prosecute.

- If parties are unable to agree on a case management plan, each party shall submit individual plans by **February 25, 2021**.

- Plaintiff and Defendant Joseph are directed to meet and confer in preparation for the March 4, 2021 status conference on **March 4, 2021 at 9:30 am**. Parties shall dial into the conference line by **9:45 am**.

- Defendants are directed to order a copy of the January 7, 2021 conference transcript, split the cost, and mail a copy to the Plaintiff.

The Clerk of Court is directed to serve a copy of this Order on the *pro se* Plaintiff.

**SO ORDERED.**

Dated: January 11, 2021
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge