**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
GREGORY DESTINE,

           Plaintiff,

           -against-

ROMEO JOSEPH, et al.,

           Defendants.

-----------------------------------------------------------x

20-CV-0082 (LTS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of a letter from the *pro* se Plaintiff requesting that the case caption be amended to their preferred name, "GoGo Destine". (ECF 66). Accordingly, the Clerk of Court is directed to change the caption of the case to Plaintiff "Gregory Destine a/k/a/ Mrs. GoGo Destine." This Order has no effect on Plaintiff's legal name and only relates to this action.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: March 1, 2021
      New York, New York

                                    *s/ Ona T. Wang*
                                    **Ona T. Wang**
                                    United States Magistrate Judge