UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
GREGORY DESTINE a/k/a "MRS. GOGO DESTINE,"

     Plaintiff,

    -against-

ROMEO JOSEPH, et al.,

     Defendants.
------------------------------------------------------------x

20-CV-0082 (LTS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Defendant Joseph is directed to order a copy of the March 4, 2021 conference transcript, serve a copy on the *pro se* Plaintiff, and file proof of service on the docket.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: March 9, 2021
   New York, New York

           *s/ Ona T. Wang*
           **Ona T. Wang**
           United States Magistrate Judge