**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
GREGORY DESTINE a/k/a/ Mrs. GoGo Destine,  :
                                           :
                    Plaintiff,             :        20-cv-0082 (LTS) (OTW)
                                           :
              -against-                    :        ORDER
                                           :
ROMEO JOSEPH, Shield No. 501296, et al.,   :
                                           :
                    Defendants.            :
                                           :
                                           :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

On January 11, 2021, the Court directed the Defendants to order a copy of the January 7, 2021 transcript. (ECF 55). To date, it does not appear that the Defendants have done so. The Defendants are directed to order a copy of the January 7, 2021 transcript by **COB June 23, 2021**, split the cost, and serve a copy on Plaintiff by **June 25, 2021**.

The Clerk of Court is directed to mail of copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: June 22, 2021　　　　　　　　　　　　　　　　_s/ Ona T. Wang_
　　　　New York, New York　　　　　　　　　　　**Ona T. Wang**
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge