**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
GREGORY DESTINE a/k/a "MRS. GOGO DESTINE,"

               Plaintiff,

               -against-

ROMEO JOSEPH, et al.,

               Defendants.
------------------------------------------------------------x

20-CV-0082 (LTS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiff's filing (ECF 105) indicates that her address has changed to Attica Correctional Facility. Defendants are directed to mail Plaintiff at Attica Correctional Facility: (1) hard copies of all discovery previously sent to Plaintiff and (2) a hard copy of the docket, to date.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff at the updated address, and to update Plaintiff's address on the docket accordingly.

**SO ORDERED.**

Dated: July 29, 2021
       New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge