```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GREGORY DESTINE,

                                Plaintiff,                        No. 20 Civ. 00082 (LTS) (OTW)

                -against-                                         **ORDER**

THE CITY OF NEW YORK, et al.,

                                Defendants.
-----------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Wednesday, December 15, 2021 at 10:30 a.m.** at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D.

Plaintiff, who is currently incarcerated, is proceeding pro se (without an attorney). Plaintiff shall be permitted to participate in the conference by telephone. Counsel for defendant shall appear in person.

IT IS HEREBY ORDERED that the Warden or other official in charge of the Orleans Correctional Facility, or other facility in custody of Gregory Destine, produce inmate Gregory Destine, DIN:20R0172, to an office in the facility with a reasonable degree of privacy to enable him to participate in a court conference through means of a teleconference from the facility to the United States Courthouse, Southern District of New York, on December 15, 2021, commencing at 10:30 a.m., until completion. At the date and time set forth herein, counsel for the defendants shall place the call to the facility from the Courthouse. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0260.

Counsel for defendants must (1) transmit this Order to the Warden forthwith and (2) contact the Orleans Correctional Facility forthwith to arrange the call and to determine the telephone number at which the plaintiff will be reachable at the above time and date.

**Communication with the Court.** The parties are obligated to communicate with the Court about any change in address. A party's failure to keep the Court apprised of current contact information may be deemed a failure to prosecute and the case may be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

**Pro Se Office**. The *Pro Se* Office is located in the United States Courthouse, 40 Foley Square, Room 105, New York, New York (telephone 212-805-0175) and can assist *pro se* litigants in connection with court procedures.

The Clerk of the Court is respectfully directed to send a copy of this Order to the pro se Plaintiff.

**SO ORDERED.**

 _s/ Ona T. Wang_

Dated: New York, New York       **Ona T. Wang**
       October 28, 2021        United States Magistrate Judge