**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
GREGORY DESTINE a/k/a "GOGO DESTINE," :
:
                Plaintiff, :          20-CV-0082 (LTS) (OTW)
:
                -against- :          **ORDER**
:
ROMEO JOSEPH, et al., :
:
              Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendant's request for clarification as to whether Defendant's attendance is necessary at the December 14, 2021 conference. (ECF 122). In light of the Defendant being terminated as a defendant from this action pursuant to the Court's December 10, 2021 Order (ECF 121), The City of New York is not obligated to attend.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

       **SO ORDERED.**

Dated: December 14, 2021                      *s/ Ona T. Wang*
       New York, New York              **Ona T. Wang**
                                                    United States Magistrate Judge