**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
GREGORY DESTINE a/k/a/ Mrs. GoGo Destine,  :
                                          :
         Plaintiff,                       :     20-CV-0082 (LTS) (OTW)
                                          :
         -against-                        :     **ORDER**
                                          :
ROMEO JOSEPH,                             :
                                          :
         Defendant.                       :
                                          :
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

As ordered at yesterday's status conference, Defendant is directed to order a copy of the conference transcript and provide a copy to Plaintiff using a trackable delivery service, in light of Plaintiff's claim that they have not received any documents. Plaintiff is directed to review the transcript and submit a request in writing for any additional relief sought by **January 21, 2022**, including (1) any requests to further amend the Complaint, and (2) any requests for discovery. Defendant shall submit, by **February 18, 2022**, their response to Plaintiff's request(s), treating any requests made by Plaintiff either orally in the transcript or in writing, as motions for relief. Defendant's submission will also provide a status of discovery. The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff.

SO ORDERED.

_s/ Ona T. Wang_

Dated: December 16, 2021           **Ona T. Wang**
       New York, New York          United States Magistrate Judge