**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GREGORY DESTINE, a/k/a MRS. GOGO DESTINE,

                    Plaintiff,                    20 **CIVIL** 82 (LTS)(OTW)

         -against-                        **JUDGMENT**

ROMEO JOSEPH, shield no. 501296,
                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 14, 2022, the Court has reviewed carefully Magistrate Judge Wang's well-reasoned Report and Recommendation, and finds no clear error. The Report is adopted in its entirety for the reasons stated therein. Accordingly, this matter is dismissed without prejudice for failure to prosecute; accordingly, the case is closed.

**Dated:**  New York, New York
         June 15, 2022

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                           **BY:**      *K. Mango*
                                                   **Deputy Clerk**