**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

GREGORY DESTINE a/k/a/ Mrs. GoGo Destine,   :

                  Plaintiff,   :

          -against-   :

ROMEO JOSEPH,   :

            Defendant.   :

                          :

------------------------------------------------------------------x

      20-CV-0082 (LTS) (OTW)

      <u>**ORDER**</u>

**ONA T. WANG**, **United States Magistrate Judge**:

This case was closed on June 15, 2022. (ECF 138).

*Pro se* Plaintiff has recently mailed multiple letters unrelated to this case directly to chambers with the return address located at South Beach Psychiatric Center, 777 Seaview Avenue, Staten Island, NY, 10305. (*See, e.g.*, ECF Nos. 141–144). Mr./Mrs. Destine is reminded that documents should be submitted to the *Pro Se* Unit at 500 Pearl Street, Room 205, New York, NY 10007 if they have a new claim or case, and not to the judges in this long-closed case. <u>**Future mail to the judges will not be docketed.**</u>

The Clerk of Court is respectfully directed to serve a copy of this Order on the *pro se* Plaintiff at: South Beach Psychiatric Center, 777 Seaview Avenue, Staten Island, NY, 10305.

                **SO ORDERED**.

                *s/ Ona T. Wang*

Dated: June 1, 2026                **Ona T. Wang**
     New York, New York        United States Magistrate Judge